REYNOLDS METALS CO. *v.* WASHINGTON ET AL.

No. 537. Decided November 22, 1965.

*DeWitt Williams* for appellant.

*John J. O'Connell,* Attorney General of Washington, and *James A. Furber* and *Henry W. Wager,* Assistant Attorneys General, for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

MR. JUSTICE STEWART and MR. JUSTICE WHITE are of the opinion that probable jurisdiction should be noted.

MR. JUSTICE HARLAN took no part in the consideration or decision of this case.

HODGES ET AL. *v.* BUCKEYE CELLULOSE CORP.

No. 548. Decided November 22, 1965.

*George C. Dayton* and *Joe A. McClain* for appellants.
*Richard W. Barrett* and *J. Lewis Hall* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.